UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 1:15-CR-068   U.S. v. Wilson |
| ) | |
| LEAVE OF ABSENCE REQUEST ) | |
| OF ADAM LEAVITT SANDERS ) | |
| ) | |
| Wednesday, July 22, 2015 through ) | |
| Wednesday, July 29, 2015 ) | |
| ) | |
| Monday, August 17, 2015 through ) | |
| Friday, August 21, 2015 ) | |
| ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Special Assistant United States Attorney Adam Leavitt Sanders for Wednesday, July 22 through Wednesday, July 29, 2015, for the South Carolina Bar Examination and for Monday, August 17 through Friday, August 21, 2015 for family vacation, the same is hereby GRANTED.

This 17th day of July, 2015.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA